On original submission, appellant Kane stated the issues presented as follows:
 "Whether the continuous and gradual absorption of paint fumes by the appellant, Theresa Kane, constitutes an accident for the purposes of Alabama Workmen's Compensation Act. Gentry v. Swann Chemical Co., 234 Alabama 313, 174 So. 530 (1937). Ala. Code § 25-5-1 (8) (1975)."
Our original opinion addressed that sole issue. On application for rehearing, appellant contends that the grant of summary judgment erroneously foreclosed her claim that telephone company employees harassed her while at work and while she was hospitalized. Without deciding whether such a claim was available to her, or whether she presented a scintilla of evidence in opposition to the motion for summary judgment to make a triable issue of fact on the claim, we determine that she cannot now raise here for the first time this point which she failed to raise before submission. 2A Ala. Dig., Appeal and Error, No. 832 (4).
OPINION EXTENDED. APPLICATION FOR REHEARING OVERRULED.
TORBERT, C.J., and JONES, SHORES and BEATTY, JJ., concur. *Page 6